## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JESSE THOMAS ANDERSON,      *
#212      *
      *
        Plaintiff,      *
      *      No. 4:25-cv-00527-JJV
v.      *
      *
WATKINS, Captain,      *
Faulkner County Detention Center, *et al.*      *
      *
        Defendants.      *

### <u>MEMORANDUM AND ORDER</u>

Defendants have filed a Motion asking the Court to dismiss this case because mail they sent to Plaintiff at the Faulkner County Detention Center, Unit 1 has been returned undelivered, and Plaintiff has not complied with his obligation under Local Rule 5.5(c)(2) to update his mailing address.[1]  (Docs. 23-25.)  Early in this case I advised Plaintiff of his obligation to maintain a valid service address with the Clerk.  (Doc. 6.)  And on March 10, 2026, I warned him that I would grant the Motion to Dismiss if he did not update his address.  (Doc. 26.)  The time to do so has passed. This case cannot continue if the Court and Defendants have no way to contact Plaintiff.

---

[1] Local Rule 5.5(c)(2) says:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

(Emphasis added.)

1

IT IS, THEREFORE, ORDERED THAT:

1.      Defendants' Motion to Dismiss (Doc. 23) is GRANTED, and the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 13th day of April 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE