## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JESSE THOMAS ANDERSON,                    *
#212                                      *
                                          *
                    Plaintiff,            *
v.                                        *         No. 4:25-cv-00527-JJV
                                          *
WATKINS, Captain,                         *
Faulkner County Detention Center, *et al.* *
                                          *
                    Defendants.           *

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day and the Court's prior Orders, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are DISMISSED, and this case is CLOSED.  I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 13th day of April 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1